ARVONA R. ELLIS, Respondent, v. SWEET, FEARY & COMPANY, INCORPORATED, Defendant, and CHARLOTTE M. BACKUS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HARRY L. ZELTER, Appellant, v. JOHN J. CONNIFF, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT E. JORDAN, Alias JOSEPH E. OAKLEY, Alias ROBERT CARTER, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DANIEL W. MAHAR, Respondent, v. PIERCE LAW and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

AGNES NICHOLS, Respondent, v. ABRAHAM SOLOMON and Another, Appellants. — Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.